IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FREDDIE WILSON,

    Petitioner,

v.                                                      4:19cv358–WS/EMT

KATHLEEN HAWK SAWYER,
DIRECTOR OF BOP,

    Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 25) docketed January 9, 2020. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 be denied.

The petitioner has filed objections (ECF No. 26) to the report and recommendation. The undersigned has considered those objections but finds that they lack merit. Because the undersigned finds that the petitioner's habeas corpus

petition is due to be denied for the reasons set forth by the magistrate judge, it is ORDERED:

    1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

    2. The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is DENIED.

    3. The clerk shall enter judgment stating: "Freddie Wilson's petition for writ of habeas corpus is denied."

    4. The clerk shall close the case.

    DONE AND ORDERED this ___27th___ day of ___January___, 2020.

                                    s/ William Stafford
                                    WILLIAM STAFFORD
                                    SENIOR UNITED STATES DISTRICT JUDGE